UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23 CR 97 |
| | ) | Hon. Elaine E. Bucklo |
| | ) | |
| CHRISTOPHER SCOTT. | ) | |

**CHRISTOPHER SCOTT'S UNOPPOSED MOTION**
**TO MODIFYCONDITIONS OF RELEASE**

NOW COMES Defendant CHRISTOPHER SCOTT, and respectfully requests that this honorable court modify the conditions of his pre-trial release and permit him to travel to Houston, Texas from June 20-22, and then from July 1-3. In support of his motion, Mr. Scott states the following.

1. On March 1, 2023, Mr. Scott plead not guilty to an indictment charging him with wire and bank fraud.

2. Part of Mr. Scott's income is made through entrepreneurial presentations with his wife, Ms. Brown.

3. Mr. Scott and Ms. Brown had a business engagement scheduled in Houston, Texas between June 20-22, 2023, and July 1-3, 2023.

4. The Government does not object to this request, provided Mr. Scott submits his itinerary to Pre-Trial Services.

WHEREFORE, Mr. Scott respectfully requests that this honorable court modify the conditions of his release and permit him to travel to Houston, Texas from June 20-23, and July 1-3.

/s/Joshua B. Adams
Attorney for Christopher Scott

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 E
Chicago, IL 60607
(312) 566-9173

**CERTIFICATE OF SERVICE**

I, Joshua B. Adams, an attorney, certify that I caused a copy of the above **MOTION TO MODIFY CONDITIONS OF RELASE** to be served on June 14, 2023, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/Joshua B. Adams
Joshua B. Adams