UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23 CR 97 |
| | ) | Hon. Elaine E. Bucklo |
| | ) | |
| CHRISTOPHER SCOTT. | ) | |

**CHRISTOPHER SCOTT'S UNOPPOSED MOTION**
**TO MODIFYCONDITIONS OF RELEASE**

NOW COMES Defendant CHRISTOPHER SCOTT, and respectfully requests that this honorable court modify the conditions of his pre-trial release and permit him to travel to Atlanta, Georgia between October 9, 2023 through October 11, 2023. In support of his motion, Mr. Scott states the following.

1. On March 1, 2023, Mr. Scott plead not guilty to an indictment charging him with wire and bank fraud.

2. Mr. Scott has scheduled a business trip with his wife and son to Atlanta, Georgia, leaving October 9, 2023 returning October 11, 2023.

3. The Government does not object to this request.

4. Pre-Trial does not object.

5. Additionally, Mr. Scott respectfully requests that Pre-Trial be permitted to approve future travel requests without a formal motion. Pre-Trial Services does not object to this modification.

6. The Government does not object to this modification.

WHEREFORE, Mr. Scott respectfully requests that this honorable court modify the conditions of his release and permit him to travel to Atlanta, Georgia leaving October 9, 2023 and returning October 11, 2023.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Attorney for Christopher Scott

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 E
Chicago, IL 60607
(312) 566-9173

**CERTIFICATE OF SERVICE**

I, Joshua B. Adams, an attorney, certify that I caused a copy of the above **MOTION TO MODIFY CONDITIONS OF RELASE** to be served on October 4, 2023, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/Joshua B. Adams
Joshua B. Adams