**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23 CR 97 |
| | ) | |
| | ) | Judge Elaine E. Bucklo |
| | ) | |
| CHRISTOPHER SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## ***UNOPPOSED*** MOTION FOR TRAVEL AND TO MODIFY CONDITIONS OF RELEASE

Defendant, CHRISTOPHER SCOTT, by and through his attorney, Joshua B. Adams, respectfully requests that this Court approve travel relating to business as described below and to modify the conditions of his release to allow subsequent travel to be approved by pre-trial and without the need to seek leave of Court. In support thereof, Mr. Scott states as follows:

1. On March 1, 2023, Mr. Scott plead not guilty to an indictment charging him with wire and bank fraud.

2. Mr. Scott has scheduled a business trip with his wife to Atlanta, Georgia between December 18-19, 2023. He also requests permission to travel to Jackson, Mississippi between December 21-22, 2023.

3. Additionally, Mr. Scott respectfully requests that Pre-Trial be permitted to approve future travel requests without a formal motion. Pre-Trial Services does not object to this modification.

1. The Government does not object to this request.

2. Pre-Trial does not object to this modification.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Attorney for Christopher Scott

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd., Suite 7 E
Chicago, IL 60607
(312) 566-9173