**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:23−cr−00097
Honorable Elaine E. Bucklo
Te Dora Brown, et al.
Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

MINUTE entry before the Honorable Elaine E. Bucklo, as to Christopher Scott: Status hearing held on 1/29/2025. Defendant was admonished to abide by the conditions of pretrial release. Change of Plea Hearing set for 3/14/2025 at 10:00 a.m. in−person. The Court finds the interest of justice would best be served by excluding time from 1/19/2025 to 3/14/2025 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.