IC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

CHRISTOPHER SCOTT,
Defendant.

Case No. 1:23-cr-97

FILED

AUG 18 2025 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SUPPLEMENTAL TO CHRISTOPHER SCOTT'S SENTENCING MEMORANDUM

NOW COMES the Defendant, Christopher Scott, appearing pro se, and respectfully submits this supplemental filing to his previously submitted Hybrid Motion With Objections to the Pre-Sentence Report. Pursuant to 18 U.S.C. § 3553(a), Mr. Scott moves this Honorable Court to consider the following additional issues in mitigation. These factors support a sentence substantially below the 96 months recommended in the PSR—one that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing.

EXTRAORDINARY FAMILY RESPONSIBILITIES – CAREGIVING FOR A MOTHER WITH DEMENTIA

Mr. Scott is the sole primary caregiver for his elderly mother, who suffers from advanced dementia. He manages her medical care, daily living needs, and household responsibilities. His absence would cause serious hardship to his mother's wellbeing. Courts have recognized that extraordinary family responsibilities may justify a downward variance.

HELPING THE COMMUNITY ONE PERSON AT A TIME WITH EXPERT FINANCIAL KNOWLEDGE

Mr. Scott is an experienced credit repair specialist and published author. Beyond his professional work, he also appears on the nationally recognized television program The Belle Collective, airing on OWN. This platform highlights his commitment to financial literacy and advocacy.

MOTIVATION ROOTED IN HARDSHIP, NOT GREED

The government's characterization of Mr. Scott's conduct as motivated by greed is inconsistent with the record. His actions occurred during severe financial distress, with no evidence of extravagant spending or enrichment. Courts have acknowledged hardship-driven motives as relevant in evaluating culpability.

## AVOIDANCE OF UNWARRANTED SENTENCING DISPARITIES

Defendants convicted of similar non-violent fraud offenses frequently receive sentences of 36–60 months. A sentence of 96 months would create an unwarranted disparity contrary to § 3553(a)(6).

## RELIEF REQUESTED

Mr. Scott respectfully requests that this Court impose a sentence substantially below the advisory guideline range in recognition of his caregiving obligations, community service, and hardship-driven motives.

Respectfully submitted,

/s/ Christopher Scott
Christopher Scott
11060 Frances Lane
Palos Park, IL 60464

## CERTIFICATE OF SERVICE

I swear under penalty of perjury that I have served a copy of the foregoing Supplemental Motion upon the AUSA in this case and the U.S. Clerk of Court, Northern District of Illinois, on this 18th day of August, 2025.

/s/ Christopher Scott